*William G. Gilroy,* for plaintiffs. *James S. O'Brien,* City Solicitor, for defendant.

APPEAL No. 75-259. VICTOR D. WALKA *v.* DONALD LEACH. VICTOR D. WALKA *v.* NEWTON GOVE. VICTOR D. WALKA *v.* JAMES LEACH. VICTOR D. WALKA *v.* WILLIAM LINCOLN. Motion of defendants for a stay of order entered on September 8, 1975 in the Superior Court is granted until further order of court. *Letts, Quinn & Licht, Daniel J. Murray, Farnk Licht, Jerome B. Spunt,* for plaintiff. *Alan H. Pearlman,* for defendants.

September 30, 1975.

M. P. No. 75-252. PETITION OF THE RHODE ISLAND BAR ASSOCIATION. In accordance with the provisions of Article III, Section 3.5 of its bylaws the Rhode Island Bar Association has made petition that certain attorneys be suspended from the practice of law.

Therefore, each of the following persons having failed to pay his dues as required by said bylaws is ordered to appear before this court on Friday, October 10, 1975, at 9:30 a. m., to *show cause,* if any he has, why he should not be suspended for failure to pay dues as required:

> Vincent J. Baccari
> Aram K. Berberian
> Andrew A. Bucci
> Edward F. Choiniere
> Anthony DelGuidice
> John A. O'Neill, Jr.
> James E. Pitochelli, Jr.
> Edward J. Radlo
> Arnold A. Zoglio, Jr.
> William H. Kelley.

*Seth K. Gifford,* Secretary, Rhode Island Bar Association, for petitioner.